PS 42
(Rev 07/93)

# United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 20 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

United States of America    )
                            )
vs                          )
                            )
Eracleo Sanchez Corona      )      Case No. 2:06CR02192-LRS-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Eracleo Sanchez Corona, have discussed with James A. Moon, Pretrial Services/Probation Officer, the modification of my release as follows:

Removal of condition 1 that required the defendant to be on home confinement and electronic monitoring. The modification is requested due to the positive adjustment the defendant has made since his release to pretrial supervision on March 9, 2007. All other conditions remain in effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Eracleo Corona_      9-17-07       _James A Moon_       9/14/07
Signature of Defendant    Date      Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                         9/18/07
Signature of Defense Counsel          Date

I do not object to the modification:

_[signature]_                         9/18/07
Signature of Assistant U.S. Attorney  Date

[✓]  The above modification of conditions of release is ordered, to be effective on 9/20/07.

[ ]  The above modification of conditions of release is not ordered.

_[signature]_                         9/20/07
Signature of Judicial Officer         Date